IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 319-011 |
| | * | |
| TIMOTHY LEEMORRIS TURNER | * | |

## O R D E R

On July 28, 2020, this Court sentenced Defendant Timothy Leemorris Turner upon his plea of guilty to one count of felon in possession of a firearm to serve 96 months imprisonment followed by three years of supervised release. The Judgment and Commitment Order is silent as to whether the federal sentence would run concurrently with or consecutive to the state sentence that had yet to be imposed for crimes arising out of the same conduct.

At present, the Federal Bureau of Prisons has sought clarification as to the Court's position on whether the federal sentence is to run concurrently with his state sentence. Because the conduct related to the state offenses was taken into consideration by the United States Sentencing Guidelines in determining a sentence for the instant federal offense, the Court hereby **ORDERS** and **ADJUDGES** that the federal sentence in this case

shall run concurrently with the state sentence imposed by the Superior Court of Laurens County in March 2021.

The Clerk is directed to send a service copy of this Order to the following addresses:

> Mr. James Dunn, Chief
> Designation and Sentence Computation Center
> U.S. Armed Forces Reserve Complex
> 346 Marine Forces Drive
> Grand Prairie, Texas 75051
>
> Timothy Leemorris Turner
> Register Number: 23205-021
> FCI Jesup
> 2600 Highway 301 South
> Jesup, GA 31599

**ORDER ENTERED** at Augusta, Georgia, this 20th day of January, 2022.

*/s/ Dudley H. Bowen, Jr.*
UNITED STATES DISTRICT JUDGE

2